IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| DANNY ARNOLD, | ) CASE NO. 1:25-CR-19(LAG) |
| Defendant. | ) |

## ORDER

This case has been scheduled for trial which will begin on **December 15, 2025 at 9:00 a.m. in Albany, Georgia**. (The pretrial conference in this case will be held on **November 13, 2025 at 10:00 a.m. in Albany.**) The parties are on notice that the Court has scheduled multiple trials to begin on December 13, 2025. The parties should be prepared to proceed to trial on that date. In the event that the Court has a scheduling conflict, the dates for the pretrial conference and/or trial will be rescheduled to an alternative date.

1. Motions to continue shall be filed no later than seven (7) days before the pretrial conference.

    a. Motions to continue shall include a statement that the party has conferred with opposing counsel and advise whether opposing counsel has consented or objects to the continuance.

    b. Absent extraordinary circumstances, motions to continue not filed seven (7) days prior to the pretrial conference will be considered at the pretrial conference and counsel must appear at the pretrial conference.

2. Defense counsel must notify any defendant not in custody of the date, time and location of the trial of the case.

3. Defense counsel shall notify the undersigned IMMEDIATELY if a defendant needs an interpreter for any court proceeding.

4. Motions in limine shall be filed no later than **October 23, 2025**. Responses to motions in limine should be filed by **November 6, 2025**.

5. Proposed voir dire questions <u>or</u> a statement that the party does not wish to pose any such questions shall be filed no later than **October 23, 2025**. Objections to proposed voir dire questions should be filed by **November 6, 2025**. The Court will rule on the proposed voir dire questions prior to the commencement of the voir dire examination. Failure to timely file proposed voir dire questions may result in waiver of attorney's ability to pose questions to the panel.

6. Copies of juror questionnaires are available in the Clerk's Office. It is the responsibility of each attorney to review these questionnaires prior to trial. Voir dire questions may not repeat material contained in the questionnaires.

7. Counsel shall file their requests to charge and a proposed verdict form <u>or</u> a statement certifying that the party does not wish to be heard regarding jury instructions or the verdict form no later than **November 6, 2025**. Failure to timely file requests to charge may result in waiver of the right to request any instructions. Supplemental requests for jury instructions may be filed during trial with respect to any issues not reasonably foreseeable prior to trial.

8. Counsel shall send exhibit lists and witness lists to the courtroom deputy at marcia_alvarezbenavidez@gamd.uscourts.gov with a copy to opposing counsel no later than **NOON on December 10, 2025.**

9. Evidence should be provided to the courtroom deputy in electronic format no later than **NOON on December 10, 2025**. Parties may choose to continue to present evidence during trial in hard copy format. Please review the Court website page regarding courtroom technology http://www.gamd.uscourts.gov/technology.

10. Sentencing memorandums shall be filed no later than five (5) days before the sentencing hearing.

    **SO ORDERED**, this 3rd day of November, 2025.

    　　　　　　　　　　　　　　　s/Leslie A. Gardner
    　　　　　　　　　　　　　　　LESLIE A. GARDNER, CHIEF JUDGE
    　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT